

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-20-00053-CR

**IN RE** Deagobeto **OSEGUERA-GARCIA**

Original Mandamus Proceeding[1]

**ORDER**

On January 27, 2020, relator filed a petition for writ of mandamus. Because this court concludes it does not have jurisdiction to consider relator's petition, the petition for writ of mandamus is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 5, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CR-1453-W1, styled *Ex Parte Deagobeto Oseguera-Garcia*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.